UNITED STAES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

CLERK, US BANKRUPTCY COURT
DISTRICT OF OREGON

2011 AUG -9 PM 4: 17

In Re: )
 ) Case No.: 09-65836 fra-13
MAKAALA YATES )
 ) LIST OF NAMES AND ADDRESSES
 ) FOR UNCLAIMED FUNDS
Debtor(s) )

Fred Long, Trustee, respectfully represents to the Bankruptcy Court as follows:

Sixty (60) days have passed since the issuance of the checks(s) to the debtors below and such checks have either been returned to the trustee or payment has been stopped thereon, and the total of $_____.01 is hereby paid to the Clerk of the United States Bankruptcy Court for deposit in the Registry of the Court as unclaimed money.

The following is a list of names and addresses, as far as known of the persons entitled to the following sums:

|  | Refund Amount | Unclaimed Refund |
|---|---|---|
| MAKAALA YATES<br>1430 GREEN MEADOWS WAY<br>ASHLAND OR 975203687 | .01 | .01 |

Dated: August 9, 2011                    /s/ Fred Long
                                          Trustee